UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA and
STATE OF FLORIDA
                        Plaintiff,
*ex rel.*
CHRISTINE VESTER,
                        Relator,

v.                                            No. 8:21-cv-567-WFJ-AEP

BACK IN MOTION, SARASOTA
PHYSICAL THERAPY, PL,
                        Defendants.
_____/

## **ORDER**

The United States having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), it is ORDERED and ADJUDGED that:

1. The complaint be unsealed and served upon the defendant by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order, the Notice of the United States that it is Not Intervening at This Time, and the State of Florida's Notice, which the relator will serve upon the defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court will be sent to the United States; and that

7. Should the relator or defendant propose that this action be dismissed, settled, or otherwise discontinued, they shall first solicit the written consent of the United States before filing a notice of dismissal or otherwise seeking voluntary dismissal.

**DONE AND ORDERED in** Tampa, FL, this 6th day of February, 2025.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to:

| | |
|---|---|
| Charles Harden<br>United States Attorney's Office<br>Middle District of Florida<br>400 North Tampa Street, Suite 3200<br>Tampa, FL 33602<br>*Counsel for the United States* | Brian L. Shrader<br>Shrader Law, PLLC<br>612 W. Bay Street<br>Tampa, Florida 33606<br>*Counsel for Relator* |
| Melanie A. Mucario<br>Assistant Attorney General<br>135 W Central Blvd. Ste. 1000<br>Orlando, FL 32801<br>*Counsel for the State of Florida* | -- |